JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MARGIE STATEN, et al.,

Plaintiffs,

v.

GEOCONDA BURBANO, et al.,

Defendants.

NO. CV 08-04873 SJO (Ex)

**JUDGMENT**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Court having granted Defendants Geoconda Burbano, Jerrell Griffin, and Livier Blake's (collectively, "Defendants") Motion for Judgment on the Pleadings, judgment be entered on behalf of Defendants and against Plaintiffs Margie Staten and Margie Staten TLC Homes for Girls, Inc.

IT IS SO ORDERED.

May 8, 2009

S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE